IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUINTON COOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-314-WHA ) |
| SHERIFF DONALD VALENZA, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On May 3, 2019, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objection has been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims against the Houston County Health Department are summarily dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Houston County Health Department is dismissed as a defendant in this case;

4. This case, with respect to the plaintiff's claims against Donald Valenza, James Brazier, Lt. Moore, Lt. King and Sgt Peterson is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 29th day of May, 2019.

      /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE